**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6264**

---

JOHN E. WALSH,

Petitioner - Appellant,

versus

WILLIAM L. SMITH, Warden; JOSEPH CURRAN, JR.,
Attorney General,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  M. J. Garbis, District Judge.  (CA-95-
2421-MJG)

---

Submitted:  May 16, 1996

Decided:  June 6, 1996

---

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

John E. Walsh, Appellant Pro Se.  Gwynn X. Kinsey, Jr., Assistant
Attorney General, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Walsh v. Smith</u>, No. CA-95-2421-MJG (D. Md. Dec. 29, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>